UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL UTAH,

                Plaintiff,

-against-

STARBUCKS CORPORATION; ALL HOSPITALS; LAW ENFORCEMENT,

                Defendants.

19-CV-10733 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 27, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 27, 2019
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge